**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

QUALITY GAS & MART,

    Plaintiff,

v.                                        Case No: 2:07-CV-13317

ZURICH AMERICAN INSURANCE
COMPANY,

    Defendant.
    _____/

## STIPULATED ORDER FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Quality Gas & Mart ("Plaintiff") and Defendant Zurich American Insurance Company ("Defendant"), having stipulated to the terms of this Order of Dismissal Without Prejudice, as evidenced by the signatures of their counsel, and the court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that all claims asserted by Plaintiff in its July 10, 2007 complaint against Defendant, subsequently removed to this Court from the Wayne County Circuit Court on or about August 9, 2007, and in subsequent court proceedings are dismissed without prejudice as to Defendant without costs, interest or attorney fees to any party;

IT IS HEREBY FURTHER ORDERED that all claims asserted by Defendant in its August 16, 2007 counterclaim against Plaintiff and in subsequent court proceedings are dismissed without prejudice as to Plaintiff without costs, interest or attorney fees to any party;

This Order resolves the last pending claim and closes the case.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: July 30, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 30, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522